IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL SWINTON/WINDER,            :

     Petitioner            :

                               :

     vs.            :            CIVIL NO. 1:CV-09-0128

                               :

                                 (Judge Caldwell)

AMY SHAULDER, et al.,            :

                            (Magistrate Judge Smyser)

     Respondents            :


*O R D E R*

        AND NOW, this 19th day of May, 2009, upon consideration
of the report (doc. 8) of the magistrate judge, filed April 10th,
2009, to which no objections were filed, and upon independent
review of the record, it is ordered that:

        1.  The magistrate judge's report is
adopted.

        2.  Petitioner's petition for writ of
habeas corpus pursuant to 28 U.S.C. § 2254
(doc. 1) is denied.

        3.  The Clerk of Court shall close this
file.


                       /s/William W. Caldwell
                       William W. Caldwell
                       United States District Judge